**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**LENORRIS PARKER,**

        **Plaintiff,**

**v.**                                                                 **Case No. 1:17cv12-MW/GRJ**

**JOSHUA DONAWAY, et al.,**

        **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 5.  Upon consideration, no objections having

been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED**

without prejudice for abuse of the judicial process and for failure to state a claim

---

[1] Plaintiff was given an extension of time in which to file objections.  ECF No. 9.  The deadline has passed and no objections have been received from the Plaintiff.

1

upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on April 12, 2017.**

_**s/Mark E. Walker**_ _____
**United States District Judge**